# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NETANSET DANKI,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COLONIAL PARKING, INC.,**<br><br>**Defendant.** | Civil Action No. 1:13-cv-2028-EGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1) that the above-captioned action is dismissed with prejudice.

Respectfully Submitted,                                  Respectfully Submitted,


/s/ John F. Kennedy_____                           /s/ Michael L. Stevens_____
John F. Kennedy (D.C. Bar No.  ??)                      Michael L. Stevens (D.C. Bar No. 384887)
KENNEDY & DOLAN                                          Karen S. Vladeck (D.C. Bar No. 1000311)
200A Monroe Street, Suite 305                            ARENT FOX LLP
Rockville, MD 20850                                      1717 K Street, N.W.
Telephone:  (301) 608-3000                               Washington, DC 20036-5339
Facsimile:  (301) 608-3000                               Telephone: (202) 857-6000
JFKDC@aol.com                                            Facsimile:(202) 857-6395
                                                         stevens.michael@arentfox.com

*Counsel for Plaintiff*                                  *Counsel for Defendant*